AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Nathaniel Maloy,

Plaintiff,

v.

Dustin Pead,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:22-cv-00379-HCN-JCB

IT IS ORDERED AND ADJUDGED

That this action is dismissed with prejudice.

September 27, 2022

*Date*

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge